IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES WESLEY JOHNSON,
ADC #111384                                                                                               PLAINTIFF

VS.                                    5:15CV00116-BRW-JTK

WENDY KELLY, et al.                                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly, Defendants Kelly and Griffin are DISMISSED for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 30th day of April, 2015.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE