IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES WESLEY JOHNSON,
ADC #111384                                                                                          PLAINTIFF

V.                                 5:15CV00116-BRW-JTK

WENDY KELLY, et al.                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  No objections have been filed and the time for doing so has passed.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, Defendant Gibson's Summary Judgment Motion (Doc. No. 16) is GRANTED, and he is dismissed from this Complaint, without prejudice.

IT IS SO ORDERED this 18th day of August, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE