# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**CHARLES WESLEY JOHNSON,**                                                                                 **PLAINTIFF**
**ADC #111384**

**VS.**                     **5:15CV00116-BRW-JTK**

**WENDY KELLY,** *et al.*                                                                                    **DEFENDANTS**

## **ORDER**

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  No objections have been filed and the time for doing so has passed.. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 74) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

IT IS SO ORDERED this 25th day of March, 2016.

                                                              /s/ Billy Roy Wilson
                                                              UNITED STATES DISTRICT JUDGE