# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHARLES WESLEY JOHNSON,**  **PLAINTIFF**
**ADC #111384**

**VS.**                    **5:15CV00116-BRW-JTK**

**WENDY KELLY,** *et al.*                **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED with prejudice. The relief sought is denied.

IT IS SO ORDERED this 25th day of March, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE